UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CHRISTINE BAGLIERI,

                             Plaintiff,

        -against-

THE CITY OF NEW YORK, FRANK MOSCA, DANIEL
IECAMPO, and JOHN DOE 1-3,

                             Defendants.
------------------------------------------------------------------- x

**STIPULATION OF
SETTLEMENT OF
ATTORNEY'S FEES**

12CV7012 (HB) (JCF)

      **WHEREAS**, plaintiff Christine Baglieri commenced this action by filing a complaint on or about September 17, 2012, alleging that defendants City of New York, Frank Mosca and Daniel Iecampo violated plaintiff's federal civil and state common law rights; and

      **WHEREAS**, defendants City of New York, City of New York, Frank Mosca and Daniel Iecampo have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS**, defendants City of New York and plaintiff settled this action by a so-ordered stipulation executed April 24, 2013; and

      **WHEREAS**, pursuant to the Stipulation of Settlement and Order of Dismissal, plaintiff Christine Baglieri assigned her right to attorneys' fees, costs, and expenses to her counsel; and

      **WHEREAS**, counsel for plaintiff and defendants now desire to resolve the issue of attorney's fees, costs and expenses, without further proceedings; and

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Defendant City of New York shall pay to plaintiff's counsel, Peterson Delle Cave, the sum total of TEN THOUSAND DOLLARS ($10,000) in full satisfaction of plaintiff's attorney's fees, expenses and costs; and

2. This Stipulation of Settlement of Attorney's fees ("Stipulation") shall not be construed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York; and

3. This Stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, and nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

Dated: New York, New York
       July 12, 2013

| | |
|---|---|
| Duncan Peterson<br>Peterson Delle Cave<br>233 Broadway, Suite 1800<br>New York, NY 10270<br><br>By: _____<br>    Duncan Peterson<br>    *Attorney for Plaintiffs* | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, Rm. 3-201<br>New York, New York 10007<br><br>By: _____<br>    Andrew Lucas<br>    *Assistant Corporation Counsel* |

SO ORDERED:

Dated: New York, New York
      _____, 2013

_____
HON. HAROLD BAER Jr.
UNITED STATES DISTRICT JUDGE